IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IMANI MIKIEL SIAS                                                    PETITIONER

v.            NO. 4:20-cv-00785 JM-PSH

DEXTER PAYNE                                                      RESPONDENT

## ORDER

Petitioner Imani Mikiel Sias ("Sias") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent Dexter Payne ("Payne") has now responded to the petition by filing the pending motion to dismiss. See Docket Entry 7. In the motion and an accompanying brief, he maintains that the petition should be dismissed because it is untimely. Before giving serious consideration to Payne's assertion, the Court accords Sias an opportunity to file a reply. In the reply, Sias should explain why his petition should not be dismissed for the reason advanced by Payne. Sias is given up to, and including, October 1, 2020, to file his reply.

IT IS SO ORDERED this 28th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE