IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IMANI MIKIEL SIAS                                                       PETITIONER

v.                    NO. 4:20-cv-00785 JM

DEXTER PAYNE, Director of the                                           RESPONDENT
Arkansas Division of Correction

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Dexter Payne ("Payne") is granted. See Docket Entry 7. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Imani Mikiel Sias ("Sias") is dismissed. All requested relief is denied, and judgment will be entered for Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States

District Courts, a certificate of appealability is also denied because Sias cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

    IT IS SO ORDERED this 28th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE