IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IMANI MIKIEL SIAS                                                                          PETITIONER

v.                          NO. 4:20-cv-00785 JM

DEXTER PAYNE, Director of the                                                    RESPONDENT
Arkansas Division of Correction

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 28th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE